UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERAMIE PAUL BRUNET, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-871** |
| **TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, ET AL** | **SECTION "H" (2)** |

# ORDER

Having reviewed the complaint, the applicable law, and the Magistrate Judge's Findings and Recommendation (ECF No. 7), the Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly, it is ordered that plaintiff's claims are **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

New Orleans, Louisiana, this 9th day of September, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE